UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 13-Cr-414 (SHS) |
| -v- | : | <u>ORDER</u> |
| KWAME ANDERSON, | : | |
| Defendant(s). | : | |

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The Court has received Ms. Smith's letter dated May 26, 2020 [Doc. No. 731], seeking defendant's compassionate release to home confinement on the basis of his asthma, the time remaining on his sentence, and the conditions at FCI Fort Dix.

      IT IS HEREBY ORDERED that:

1. The government is directed to obtain immediately the relevant medical records;

2. The government is directed to respond to defendant's motion by June 2, 2020;

3. The defense may reply by June 4, 2020; and

4. The parties are directed to notify the Court in writing on or before June 8, 2020, whether the BOP has acted on defendant's request to the warden for compassionate release and, if so, the BOP's decision.

Dated: May 27, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.