UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,        :        13-Cr-414 (SHS)

-v-                              :        <u>ORDER</u>

KWAME ANDERSON,                  :

       Defendant.               :

------------------------------------------------------------x

    Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

    According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

    IT IS HEREBY ORDERED that Robin C Smith is appointed to represent the defendant *nunc pro tunc* from March 31, 2020. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk at (212) 805-0640 regarding billing practices.

_____
Attorney's Signature/Date

Robin C Smith
Print Attorney's Name

802 B Street San Rafael CA 94901
Address

415 726 8000
Telephone

_____
Defendant's Signature/Date

SO ORDERED:

_____
Presiding Judge

8/13/2020
Dated

_____
Colleen McMahon
Chief Judge

8/14/2020
Dated