UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :    13-Cr-414 (SHS)

        -v-  :

KWAME ANDERSON,  :    ORDER

        Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     The Court having heard argument on defendant's request for bail [Doc. No. 861],

     IT IS HEREBY ORDERED that for the reasons set forth on the record, defendant's request for bail is granted on the following conditions:

     1.    A personal recognizance bond in the sum of $100,000.00 secured by three financially responsible persons.  The defendant may be released today after electronic monitoring is in place; the three F.R.P. signatures shall be secured within 72 hours of defendant's release;

     2.    The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the probation officer;

     3.    The defendant shall be monitored by the form of electronic monitoring; and

     4..    All previously set conditions shall remain in place.

Dated: New York, New York
      July 24, 2023

                  SO ORDERED:

                           Sidney H. Stein, U.S.D.J.