UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 13-Cr-414 (SHS) |
| -v- | : | |
| KWAME ANDERSON, | : | ORDER |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a status conference on September 5, 2023, at 2:30 p.m.

Dated: New York, New York
       July 24, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.