# MEMO ENDORSED

## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO\*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK\*
JONATHAN S. SACK\*\*
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

dgordon@maglaw.com
(212) 880-9405

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

\*ALSO ADMITTED IN WASHINGTON, D.C.
\*\*ALSO ADMITTED IN CONNECTICUT

July 27, 2023

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   United States v. Blackledge, et al., 13 Cr. 414 (SHS)

Dear Judge Stein:

We write on behalf of Mr. Kwame Anderson, a defendant in the above-captioned matter. On July 24, 2023, Your Honor granted Mr. Anderson's request for bail pursuant to several conditions, including a $100,000 personal recognizance bond to be secured by three financially responsible persons (the "co-signers") within 72 hours of his release. The government interviewed and approved Mr. Anderson's three proposed co-signers, and all three have signed Mr. Anderson's bond. In addition, two of the co-signers have sworn to the bond. The third co-signer, however, was not able to connect with the Court today in order to swear to the bond. Accordingly, we respectfully request a 24-hour extension for the third co-signer to swear to the bond. We have conferred with AUSA Katherine Cheng who informed us that the government consents to this request.

Respectfully submitted,

/s/ *Daniel P. Gordon*
Daniel P. Gordon
Telemachus P. Kasulis

cc:   AUSA Katherine Cheng (via ECF)

**Request granted. So Ordered.**

**New York, New York**
**July 28, 2023**

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.