## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 28, 2023

**VIA ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   United States v. Blackledge, et al., 13 Cr. 414 (SHS)

Dear Judge Stein:

As Your Honor knows, I represent Mr. Kwame Anderson, a defendant in the above-captioned matter. I respectfully request that the Court adjourn the status conference currently scheduled for October 3, 2023, for a period of approximately four weeks pending further developments in Mr. Anderson's related state case. In light of Mr. Anderson's work schedule, I ask that the Court schedule the conference for a Monday or Tuesday. I have conferred with the government who joins this request.

Respectfully submitted,

/s/ *Telemachus P. Kasulis*
Telemachus P. Kasulis

cc:   AUSA Timothy Capozzi

**The conference is adjourned until October 31 at 2:30 p.m.**

**Dated: New York, New York
September 28, 2023**

SO ORDERED:

Sidney H. Stein, U.S.D.J.