**HC LLP**
**HAMILTON|CLARKE**

48 Wall Street, Suite 1100
New York, NY 10005

Tel: 212-729-0952
www.HCLLPLaw.com

**Ethan Van Buren**
Associate Attorney
vanburen@HCLLPLaw.com

The Honorable Laura Taylor Swain
Chief United States District Judge
The Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re: United States v. Kwame Anderosn 24-CR-009-LTS; 13-CR-414-LTS

Dear Judge Swain,

Defendant Kwame Anderson is currently scheduled for a status conference on May 28, 2025, in front of Your Honor to discuss open specifications ten, eleven, and twelve in 13-CR-414, as well as scheduling for sentencing regarding 24-CR-009 and other specifications in 13-CR-414.

Mr. Anderson, through undersigned counsel, writes today to request an adjournment of that status conference until July 18, 2025, at 11:00am, which we have been informed is a good date for the Court. This adjournment would provide the parties with additional time to discuss a potential resolution of the open specifications.

We thank Your Honor for your time and consideration of this matter.

Respectfully submitted,

/s/Ethan Van Buren
Ethan Van Buren, Esq.
Lance Clarke, Esq.

Dated: May 19, 2025
New York, NY

> The foregoing request is granted. The violation of supervised release hearing currently scheduled for May 28, 2025, is hereby adjourned to July 18, 2025, at 11:00 a.m. This resolves docket entry no. 910. SO ORDERED.
>
> /s/ Laura Taylor Swain, Chief U.S.D.J.
> Dated: May 19, 2025