UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                            No.  24-CR-009-LTS

KWAME ANDERSON,                        No.  13-CR-414-3-LTS

          Defendant.                      ORDER

--------------------------------------------------------x

The Court is in receipt of Defendant Kwame Anderson's June 9, 2025, motion to modify the conditions of his supervised release following to the dismissal of his state court proceedings.  In his application, defense counsel notes that both Probation and the Government have opposed the requested modification.  The Government is hereby ordered to file a letter **by June 18, 2025,** explaining the basis of its opposition and that of the Probation Office.  Any defense response must be filed by **by June 23, 2025.**

        SO ORDERED.

Dated: New York, New York          _/s/ Laura Taylor Swain_____
       June 11, 2025                LAURA TAYLOR SWAIN
                                Chief United States District Judge