U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 17, 2025

**VIA ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Kwame Anderson*, 24 Cr. 09 (LTS); 13 Cr. 414 (LTS)

Dear Chief Judge Swain:

On September 11, 2025, the Government filed a letter motion on behalf of the parties (Dkt. 65) requesting that the Court set a briefing schedule and evidentiary hearing in connection with the defendant's alleged violations of supervised release. Based on additional communications between the parties and Chambers, including concerning the Court's schedule, the Government now writes on behalf of the parties to request that the Court adjourn the status conference scheduled for September 18, 2025, and adopt the following updated schedule, which the Government believes is suitable for the parties, the Court, and the defendant's Probation Officer:

| Event | Date |
|---|---|
| Government Pre-Hearing Brief | October 3, 2025 |
| Defense Response | October 24, 2025 |
| Evidentiary Hearing | November 12, 2025, at 11 am |

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _/s/_
Timothy V. Capozzi / James Mandilk
Assistant United States Attorneys
212-637-2404 / -2453

cc:   Counsel of record (by ECF)

The foregoing request is granted. The currently scheduled status conference is hereby adjourned to **November 4, 2025 at 10:00 a.m.** and converted into an evidentiary hearing on the new specifications outlined in the Probation Office's third amended violation report.  The Government's Pre-Hearing Brief is due on **October 3, 2025**.  The Defense Response is due on **October 24, 2025.**  This order resolves docket entry nos. 65 and 66 in case no. 24cr09 and docket entry nos. 919 and 920 in case no. 13cr414.
SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: September 18, 2025