UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KWAME ANDERSON,

Defendant.

13-CR-414-LTS; 24-CR-009-LTS

ORDER

The Court has received a letter from Mr. Anderson regarding the attorney-client relationship and requesting a change of counsel.  A copy of the letter, which will be filed under seal, will be provided to Defense Counsel Lance Clarke.  Mr. Clarke is directed to discuss the matters raised in the letter with Mr. Anderson as promptly as possible.  The Court notes that the deadline for the defendant's sentencing submission has been adjourned to February 11, 2026, at defense counsel's request, and that the sentencing will not take place before February 23, 2026, as provided in the endorsed order filed at docket entry no. 80 in Case No. 24-CR-9 and at docket entry no. 933 in Case No. 13-CR-414.

The Court will conduct a conference in this case on **February 25, 2026, at 11:00 AM** in Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007), Courtroom 17C, at which time the request for change of counsel can be considered, if defendant still wishes to make the request at that time, and further scheduling will be established as appropriate.  The Clerk of Court is respectfully requested to mail a copy of this order to Mr. Anderson at the address below.

     SO ORDERED.

Dated: New York, New York
     January 29, 2026

       /s/ Laura Taylor Swain
       LAURA TAYLOR SWAIN
       Chief United States District Judge


Kwame Anderson
1925 Harrison Ave, Apt 4J
Bronx, New York 10453