UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

UNITED STATES OF AMERICA,

-vs-

KWAME ANDERSON,

Defendant.

MOTION TO CONDUCT *IN CAMERA* REVIEW AND DISCLOSE SEALED MATERIALS TO APPELLATE COUNSEL

13-cr-414-LTS-3

Martin Vogelbaum, appellate counsel for Kwame Anderson, states:

1. The Second Circuit Court of Appeals appointed me to represent Mr. Anderson on his appeal from the above-captioned matter.

2. I have reviewed the docket. The following sealed documents appear to be part of the appellate record in Mr. Anderson's supervised release violation case; however, neither the undersigned nor the Government can be certain from the docket:

Docket Nos. 854
863
888
903
931

3. The undersigned seeks disclosure only of sealed documents that pertain to Mr. Anderson, as opposed to his co-defendants.

4. The undersigned has attempted to clarify which sealed documents pertain to Mr. with his prior counsel(s) without success.

5. The undersigned therefore respectfully requests that this Court conduct an *in camera* review of the sealed documents listed in paragraph 2, *supra*, and direct the Clerk's office to

email any of said documents pertaining to Mr. Anderson to: Martin_Vogelbaum@fd.org.

6. Should any of the requested sealed documents be filed with the Second Circuit Court of Appeals they will be filed under seal, in keeping with the rules. *See* Second Circuit Local Rule 25.1(j)(2).

7. The undersigned has conferred with the Government, represented by Assistant United States Attorney Timothy Capozzi, and the Government consents to the relief requested in this motion.

Respectfully submitted

/s/ Martin J. Vogelbaum
Martin J. Vogelbaum
Assistant Federal Public Defender (WDNY)
Federal Public Defender's Office WDNY
300 Pearl Street, Suite 200
Buffalo, NY 14202
(716) 551-3341
Martin_Vogelbaum@fd.org

Service on: AUSA Timothy Capozzi via ECF

The foregoing request is granted. After conducting in camera review of the requested sealed documents, the Court has determined that appellate counsel for Mr. Anderson should be granted access to docket entry nos. 854, 863, 888, and 903. Chambers will securely email digital copies of these documents to counsel at the email provided above.

SO ORDERED.
/s/Laura Taylor Swain, Chief U.S.D.J.
Dated: August 4, 2026