CH SCHOLAR
LAW FIRM, P.L.L.C

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

August 31, 2026

**VIA E-MAIL and ECF**

The Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States of America v. Kwame Anderson
13 Cr. 414 (LTS)

Dear Chief Judge Swain:

On February 11, 2026, the Court appointed me to the violation of supervised release for the above referenced matter as substitute counsel for Mr. Lance Clark, Esq. and Mr. Ethan Van Buren, Esq. However, no Order was entered on the docket regarding the change of counsel according to the SDNY CJA Clerk. The Order entered by the Court only reflected 24 Cr. 009 (LTS) which was the defendant's other docket. I respectfully ask that the Court appoint me as substitute counsel for 13 Cr. 414 (LTS) *nunc pro* tunc to February 11, 2026. The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/s/

Calvin H. Scholar

cc: Office of the United States Attorney for the Southern District of New York

The foregoing request is granted. Calvin H. Scholar is hereby appointed as substitute CJA counsel in Case No. 13-CR-414-LTS, nunc pro tunc to February 11, 2026.

SO ORDERED.
/s/Laura Taylor Swain, Chief U.S.D.J.
Dated: September 1, 2026